Stephen E. Carroll, # 116333
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:      (559) 433-1300
Facsimile:       (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
CALICHE'S, INC., B. DAVID WORTHAM and DANA WORTHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA [FRESNO]

| | |
|---|---|
| E & N ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CALICHE'S, INC., a corporation; B. DAVID WORTHAM, and DANA WORTHAM,<br><br>    Defendants. | Case No.  1:06-CV-01163 AWI LJO<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND ORDER THEREON** |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the time for Defendants CALICHE'S, INC., B. DAVID WORTHAM and DANA WORTHAM to respond to Plaintiff E & N ENTERPRISES, LLC's Complaint shall be extended to September 18, 2006.

Dated: September ____, 2006          McCORMICK, BARSTOW, SHEPPARD,
                           WAYTE & CARRUTH LLP


                     By:      / s /  Stephen E. Carroll
                        Stephen E. Carroll
                      Attorneys for Defendants
                     CALICHE'S, INC., B. DAVID
                  WORTHAM and DANA WORTHAM

Dated: September ___, 2006

By: ___/ s / Donald P. Lescoulie___
      Donald P. Lescoulie
      Attorney for Plaintiff
      E & N ENTERPRISES, LLC

## **ORDER**

Pursuant to the above-referenced stipulation, IT IS HEREBY ORDERED that Defendants CALICHE'S, INC., B. DAVID WORTHAM and DANA WORTHAM shall have until September 18, 2006 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

**Dated: September 12, 2006**         ___/s/ Lawrence J. O'Neill___

66h44d        UNITED STATES MAGISTRATE JUDGE