Stephen E. Carroll, # 116333
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
CALICHE'S, INC., B. DAVID WORTHAM and DANA WORTHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA [FRESNO]

| | |
|---|---|
| E & N ENTERPRISES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CALICHE'S, INC., a corporation; B. DAVID WORTHAM, and DANA WORTHAM,<br><br>        Defendants. | Case No.  1:06-CV-01163 AWI LJO<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND ORDER THEREON** |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the time for Defendants CALICHE'S, INC., B. DAVID WORTHAM and DANA WORTHAM to respond to Plaintiff E & N ENTERPRISES, LLC's Complaint shall be extended to September 28, 2006.

Dated: September 18, 2006

                                        McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP


                               By:      / s / Stephen E. Carroll
                                       Stephen E. Carroll
                                    Attorneys for Defendants
                                 CALICHE'S, INC., B. DAVID
                               WORTHAM and DANA WORTHAM

Dated:    September 18, 2006

          By: / s / Donald P. Lescoulie
             Donald P. Lescoulie
             Attorney for Plaintiff
             E & N ENTERPRISES, LLC

## ORDER

Pursuant to the above-referenced stipulation, Defendants CALICHE'S, INC., B. DAVID WORTHAM and DANA WORTHAM shall have until September 28, 2006 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

**Dated:    September 19, 2006**    **/s/ Lawrence J. O'Neill**

b9ed48             UNITED STATES MAGISTRATE JUDGE