# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & N ENTERPRISES, LLC,<br><br>      Plaintiff,<br>   v.<br><br>CALICHE'S, INC., et al.,<br><br>      Defendants.<br><br>AND RELATED CROSS-CLAIMS | CV F 06 1163 AWI LJO<br><br>ORDER REQUIRING PARTIES TO PROVIDE STATUS OF CASE |

    The Court notes that Counter-Defendant Norma Fausone filed a Notice of Bankruptcy Filing on April 16, 2008 and that no party has filed any motion in limine by the deadline set for April 18, 2008. Trial in this matter is set for May 13, 2008 for all remaining parties. The parties are hereby instructed to provide the status of the case and inform the Court whether they are prepared to proceed to trial as scheduled.

IT IS SO ORDERED.

Dated:   April 21, 2008            /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE