1  Stephen E. Carroll, # 116333                    (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendants
6  CALICHE'S, INC., B. DAVID WORTHAM and DANA
   WORTHAM
7

8               UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA [FRESNO]

10

11  E & N ENTERPRISES, LLC,                | Case No.  1:06-CV-01163 AWI LJO

12              Plaintiff,                 | **DEFENDANTS AND
                                           | COUNTERCLAIMANTS TRIAL BRIEF**
13  v.

14  CALICHE'S, INC., a corporation; B.
    DAVID WORTHAM, and DANA
15  WORTHAM,

16              Defendants.

17  AND ALL RELATED COUNTER-
    CLAIMS
18

19        Defendants   and   Cross-Claimants   CALICHE'S,   INC.,   a   corporation   (hereinafter

20  "CALICHE's"); B. DAVID WORTHAM, and DANA WORTHAM (hereinafter collectively

21  "Counter-Claimants") hereby submit the following Trial Brief in support of its position at the trial

22  in this matter.[1]

23                              **I.**
                 **PARTIES AND THEIR COUNSEL OF RECORD**
24
        Cross-Claimants are represented by David L. Emerzian of the law firm
25

26  [1] Recently Counter-Claimants have learned that Counter Defendant NORMA FAUSONE has
    filed for bankruptcy protection, however, Plaintiff and Counter-Defendant E & N
27  ENTERPRISES, LLC, has not filed for bankruptcy protection. Therefore, Counter-Claimants are
    prepared to litigate the claims brought against them by Plaintiff and Counter-Defendant E & N
28  ENTERPRISES, LLC, and also prepared to litigate their counter claims.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

CROSS-CLAIMANTS' TRIAL BRIEF

1   Plaintiff and Counter-Defendant E & N ENTERPRISES, LLC ("PLAINTIFF" and/or

2   COUNTER-DEFENDANT"), Counter-Defendant NORMA FAUSONE ("FAUSONE")

3   (collectively "COUNTER-DEFENDANTS"), as far as Cross-Complainants are concerned are

4   represented by Donald P. Lescoulie

5

6                                          **II.**
                                    **INTRODUCTION**
7

8       On or about June 7, 2004, CALICHE'S and E&N entered into a Franchise Agreement for

9   the operation of a frozen custard restaurant at 5420 North Blackstone, Fresno, California.  A true

10  and correct copy of the Franchise Agreement as executed by the parties is attached hereto as

11  Exhibit "A" and incorporated herein by this reference as though fully set forth.

12      Along with the execution of the Franchise Agreement, on or about January 22, 2004,

13  COUNTER-DEFENDANT FAUSONE and Cross-Claimants entered into a written Non-

14  Disclosure and Non-Competition Agreement pursuant to which they agreed upon the terms and

15  conditions under which COUNTER-DEFENDANT FAUSONE would receive access to

16  confidential information relating to the operation of a Caliche's Frozen Custard Restaurant.

17      In or about June of 2004, FAUSONE breached the Non-Competition Agreement by

18  opening a frozen custard restaurant at 785 West Herndon Avenue, in Clovis, California, with a

19  menu similar to that of the CALICHE'S franchise operated by PLAINTIFF, but utilizing the

20  name California Frozen Custard or, alternatively, "Calli's".

21      By April 3, 2006, E&N had breached the Franchise Agreement in the following respects:

22  - E&N had failed to pay the royalty payments owing under the Franchise Agreement
      for February 2006 and thereafter in violation of Paragraph 3.D of the Franchise
23    Agreement;

24  - E&N had failed to submit timely financial reports as required by Paragraph 4.A of
      the Franchise Agreement;
25

26  - E&N is not strictly adhering to prescribed standards and policies for the System as
      required by Paragraph 1.C;
27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

CROSS-CLAIMANTS' TRIAL BRIEF

- E&N has opened an additional unit in violation of Paragraph 2.A;

- E&N has not paid interest on past-due royalty fees, in violation of Paragraph 3.F. E&N's failure to pay royalty fees on time and on all gross receipts, and failure to pay interest on past-due royalty fees, amount to a violation of Paragraph 3.H as well;

- E&N has failed to provide the fiscal year-end reports required by Paragraph 4.A, and has failed to provide copies of tax returns as required by Paragraph 4.A;

- E&N has failed to complete initial training as required by Paragraph 7.A;

- E&N has failed to pay for additional training, in violation of Paragraph 7.B;

- E&N has failed to complete the new-manager training that Caliche's required pursuant to Paragraph 7.C;

- E&N has failed to satisfy the requirements for grand opening advertising and ongoing advertising as described in Paragraphs 9.A and 9.B;

- E&N has failed to comply with the System, as described in Paragraphs 10.A (daily operations), 10.E (hours of operation), 10.F (adequate supplies and personnel), 10.G (uniforms) and 10.H (food products);

- E&N has failed to provide evidence of insurance renewal as required by Paragraph 11.C;

- E&N has violated the prohibition on competing interests contained in Paragraph 14.A;

- E&N has violated the non-compete prohibition contained in Paragraph 14.B;

- E&N has violated the prohibition on appropriation of the System contained in Paragraph 14.C;

- E&N has violated the prohibition on disclosure contained in Paragraph 14.D; and

- E&N is in violation of the acknowledgements stated in Paragraphs 31.B (no additional units), 31.C (single location), 31.E (external promises) and 31.K (licensed marks).

On or about April 3, 2006, CALICHE'S requested that E&N perform its obligations under

3

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

CROSS-CLAIMANTS' TRIAL BRIEF

1    the Franchise Agreement.  A true and correct copy of the demand letter sent on behalf of

2    CALICHE'S is attached hereto as Exhibit "B" and incorporated herein by this reference.

3        Instead of addressing those concerns outlined the letter, COUNTER-DEFENDANTS have

4    crafted allegations against Cross-Complainants based upon some alleged to register the franchise

5    offer with the California Commissioner of Corporations before offering it to the COUNTER-

6    DEFENDANTS.  However, COUNTER-DEFENDANTS have failed to identify any correlation

7    between this alleged failure to register and any damages which may have been suffered by

8    COUNTER-DEFENDANTS.

9        As a result of COUNTER-DEFENDANTS actions described herein, Cross-Claimants

10    seek damages in an amount to be determined at trial due to COUNTER-DEFENDANTS'

11    breaches of the Franchise Agreement and Non-Disclosure and Non-Compete Agreement, which

12    Cross-Claimants believe exceeds $2,500 per month.

13        Moreover, Cross-Claimants also seek an award of the contractual attorneys fees pursuant

14    to the written agreements in this action.

### III.
### LAW AND ARGUMENT

**A.**    **COUNTER-DEFENDANTS NORMA FAUSONE and E & N ENTERPRISES, LLC Breached the Term of the Franchise Agreement.**

18        As part of the Franchise Agreement between CALICHE'S and PLAINTIFF, there was

19    implied under California law a covenant of good faith and fair dealing, which required that

20    PLAINTIFF act in good faith toward and deal fairly with CALICHE'S, and further that

21    PLAINTIFF refrain from doing anything that would injure the right of CALICHE'S to receive the

22    benefits of the Franchise Agreement and to do every act reasonable, fair and necessary to

23    accomplish the purposes of the Franchise Agreement.

24        PLAINTIFF breached the implied covenant of good faith and fair dealing by engaging in

25    the conduct alleged hereinabove.  As a direct and proximate result of said breaches of the implied

26    covenant of good faith and fair dealing, CALICHE'S has suffered damages.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4

CROSS-CLAIMANTS' TRIAL BRIEF

**B.     COUNTER-Defendants NORMA FAUSONE and E & N ENTERPRISES, LLC Breached the Non-Disclosure and Non-Competition Agreement.**

On or about January 22, 2004, COUNTER-DEFENDANT FAUSONE and Cross-Claimants entered into a written Non-Disclosure and Non-Competition Agreement pursuant to which they agreed upon the terms and conditions under which COUNTER-DEFENDANT FAUSONE would receive access to confidential information relating to the operation of a Caliche's Frozen Custard Restaurant.

Cross-Claimants have performed all conditions, covenants and promises required on its part to be performed in accordance with the terms and conditions of the Non-Competition Agreement except to the extent that the performance of such conditions, covenants and promises was excused by virtue of the acts, omissions and/or conduct of FAUSONE.

In or about June of 2004, FAUSONE breached the Non-Competition Agreement by opening a frozen custard restaurant at 785 West Herndon Avenue, in Clovis, California, with a menu similar to that of the CALICHE'S franchise operated by PLAINTIFF, but utilizing the name California Frozen Custard or, alternatively, "Calli's".  As a result of FAUSONE's breach of the Non-Competition Agreement, CALICHE'S has been damaged in an amount which has not yet been fully ascertained but which CALICHE'S is informed and believes exceeds $2,500 per month commencing with the opening of the frozen custard restaurant in violation of the Non-Competition Agreement and continuing thereafter.

**C.     Cross-Claimants Did Not Violate Any California Corporation Laws or the Franchise Agreement.**

Contrary to any allegations by PLAINTIFF, Cross-Claimants did not violate any laws by willfully failing to register the franchise offer with the California Commissioner of Corporations before offering it to E&N.  Moreover, assuming the same is somehow true, PLAINTFF has failed to point to any resulting damages sustained from said failure.

PLAINTIFF's sole contention During the deposition of NORMA FAUSONE, the PMK of PLAINTIFF, and PLAINTIFF's managing owner, she was unable to identify any damages which were the result of CALICHE's alleged failure to offer.  During the pre-trial conference in this matter, CALICHE's has invited PLAINTIFF's counsel to identify what these alleged damages

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

CROSS-CLAIMANTS' TRIAL BRIEF

1    were, and how they correlate to the alleged failure to offer.

2    **D.     E & N is Entitled to An Award of its Attorneys' Fees and Costs.**

3           The Franchise Agreement provides that in the event litigation is required to

4    enforce the terms thereof, the prevailing party is entitled to its costs and reasonable attorneys'

5    fees.  As a direct and proximate result of PLAINTIFF's and COUNTER-DEFENDANTS' breach

6    of the Franchise Agreement, CALICHE'S has been required to obtain the legal services of

7    McCormick, Barstow, Sheppard, Wayte & Carruth, LLP and is, therefore, entitled to its costs and

8    reasonable attorneys' fees in an amount according to proof as against COUNTER-

9    DEFENDANTS.

10                                             **IV.**
                                   **SETTLEMENT DISCUSSION**

11          The parties have had limited settlement discussions during the last week.  Recently,

12   COUNTER-DEFENDANTS' counsel proposed a settlement offer whereby he demanded

13   Counter-Claimants pay to COUNTER-DEFENDANTS the sum of $50,000. When counsel for

14   Counter-Claimants expressed his displeasure with this offer, counsel for COUNTER-

15   DEFENDANTS inquired if Counter-Claimants would agree to a mutual walk away with no

16   monies being exchanged. Neither of these offers have been unequivocally objected or accepted as

17   of the drafting of this Trial Brief.

18   Dated: April 24, 2008                          McCORMICK, BARSTOW, SHEPPARD,
                                                     WAYTE & CARRUTH LLP
19

20

21                                          By:        /s/ David L. Emerzian
                                                    Stephen E. Carroll
22                                                  David L. Emerzian
                                                    Attorneys for Defendants
23                                                  CALICHE'S, INC., B. DAVID
                                                    WORTHAM and DANA WORTHAM
24

25   12446/00000-1218813.v1

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

6

CROSS-CLAIMANTS' TRIAL BRIEF