# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & N ENTERPRISES, LLC, | CV F 06 1163 AWI LJO |
| Plaintiff, | ORDER VACATING TRIAL DATE; DISMISSING PLAINTIFF'S CLAIM; STAYING COUNTER-CLAIMS; AND REQUIRING STATUS UPDATE |
| v. | |
| CALICHE'S, INC., et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS | |

Pursuant to the parties' stipulation (Doc. 37), IT IS HEREBY ORDERED that:

1. The current trial date of May 13, 2008, is hereby vacated, along with any and all other dates associated therewith;

2. Each of the claims, allegations, and prayer for damages brought by Plaintiff and against Defendants CALICHE'S, INC., a corporation, B. DAVID WORTHAM, and DANA WORTHAM, in this action, are hereby dismissed in their entirety with prejudice;

3. Counter-Claimants' claims against Counter-Defendant E&N ENTERPRISES, LLC, are hereby stayed pending the outcome, or voluntary or involuntary

1  dismissal, of Counter-Defendant NORMA FAUSONE's bankruptcy; and

2  4. The parties are instructed to file a written status update of the case on or before

3  November 10, 2008 and every six months thereafter. A telephonic conference

4  shall be set for November 17, 2008, which may be cancelled if unnecessary.

IT IS SO ORDERED.

**Dated:   May 8, 2008**                      **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE

2