**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **E & N ENTERPRISES, LLC,**          )<br>                                                         )<br>            **Plaintiff,**                        )<br>      **v.**                                              )<br>                                                         )<br> **CALICHE'S, INC., et al.,**               )<br>                                                         )<br>            **Defendants.**                   )<br>_____)<br>                                                         )<br> **AND RELATED CROSS-CLAIMS**    )<br>_____) | **1: 06-CV-1163 AWI GSA**<br><br>**ORDER CONTINUING STAY**<br><br>**ORDER REQUIRING PARTIES TO FILE A STATUS REPORT** |

   On May 9, 2008, pursuant to the parties' stipulation, the court dismissed the claims, allegations, and prayer for damages brought by Plaintiff and against Defendants Caliche's Inc., a corporation, B. David Wortham, and Dana Wortham.  The court then stayed the Counter-Claimants' claims against Counter-Defendant E&N Enterprises, LLC pending the outcome, or voluntary or involuntary dismissal, of Counter-Defendant Norma Fausone's bankruptcy.  The court concluded its order as follows: "The parties are instructed to file a written status update of the case on or before November 10, 2008 and every six months thereafter.  A telephonic conference shall be set for November 17, 2008, which may be cancelled if unnecessary."

1    No party filed a status report by November 10, 2008.  The court's staff called the
2 attorneys of record and advised that either a status report was needed, a stipulation to continue
3 the stay was needed, or the parties needed to appear at the November 17, 2008 hearing.  The
4 parties provided little assistance to the court and did nothing more than to advise the court upon
5 the court's inquiry that the stay needed to be continued.   It is unacceptable for parties to fail to
6 file a written report that they not only agreed they would provide but that the court also ordered
7 them to provide.
8    Given the limited information the court has been given about this case, the court will
9 continue the stay until May 11, 2009.  A hearing on the stay is set for May 11, 2009 at 1:30 p.m.
10 in Courtroom 2.  The parties are ORDERED to file written status reports by May 4, 2009.  The
11 parties are forewarned that regardless of the status of the case, the parties are obligated to comply
12 with the court's order to at least give the court the status of the case.  The parties are
13 FOREWARNED that failure to comply with this order will result in sanctions against the
14 attorneys involved.

16 IT IS SO ORDERED.

17 **Dated:    November 18, 2008**              **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

2