# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E &N ENTERPRISES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CALICHE'S, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> and related cross-claims. | NO. 1:06-CV-1163-AWI-GSA <br><br> ORDER REQUIRING CALICHE'S TO FILE DISMISSAL OR STIPULATION MOTION BY MAY 20, 2009 AT 4:00 P.M. AND RESETTING MAY 26, 2009 SHOW CAUSE AND STATUS HEARING TO JUNE 1, 2009 |

    On May 7, 2009, the court issued an order requiring Counter-Claimant, Caliche's Inc. ("Caliche's") to show cause why its entire action against Counter-Defendants E&N Enterprises, LLC ("E&N") and Norma Fausone ("Fausone") should not be dismissed for failure to prosecute and for violation of court orders. On May 13, 2009, Caliche's filed an updated status report in response to the court's May 7, 2009 order. Caliche's indicates that it intends to dismiss its entire action against E&N and Fausone. The court will entertain Caliche's motion for dismissal or stipulation pursuant to Rules 41(a)(1)(ii) or 41(a)(2).

    Accordingly, the court orders Caliche's to file a motion pursuant to Rules 41(a)(1)(ii) or 41(a)(2) by May 20, 2009 at 4:00 p.m. E&N and Fausone may file responses if necessary, by May 26, 2009 at 4:00 p.m. Additionally, in light of Caliche's expressed intent to dismiss its entire action against E&N and Fausone, the May 26, 2009 show cause and status hearing will be

reset for June 1, 2009 at 3:00 p.m.[1]

**ORDER**

For the reasons discussed above, this court ORDERS:

1. Caliche's is ordered to file a motion pursuant to Rules 41(a)(1)(ii) or 41(a)(2) by May 20, 2009 at 4:00 p.m.;
2. E&N and Fausone may file responses, if necessary by May 26, 2009 at 4:00 p.m.;
3. The May 26, 2009 show cause and status hearing is VACATED; and
4. A hearing on the order to show cause and status hearing will be held on June 1, 2009 at 3:00 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   May 13, 2009**               /s/ Anthony W. Ishii
                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Depending on the parties' filings, the June 1, 2009 hearing may become unnecessary.